# EXHIBIT C

DOCKET NO.  NNH-CV21-6118767-S      :      SUPERIOR COURT

ALEJANDRO LEZAMA      :      J.D. OF NEW HAVEN

V.      :      AT NEW HAVEN

FAIR HAVEN COMMUNITY HEALTH      :
CLINIC, INC.      :      NOVEMBER 10, 2021

## NOTICE OF FILING OF PETITION FOR REMOVAL

TO THE JUDGES AND CLERK OF THE SUPERIOR COURT IN THE JUDICIAL DISTRICT OF NEW HAVEN AT NEW HAVEN IN THE STATE OF CONNECTICUT, WITHIN; AND TO ALL PARTIES TO THE ACTION HEREIN:

PLEASE TAKE NOTICE that the Defendant, Fair Haven Community Health Clinic, Inc., is filing a Petition for Removal of this action in the United States District Court for the District of Connecticut on November 10, 2021, pursuant to the provisions of 28 U.S.C. §§ 1331 and 1446. You are advised to take no further action herein.

This notice of filing of petition is filed and served pursuant to 28 U.S.C. § 1446.

THE DEFENDANT,
FAIR HAVEN COMMUNITY HEALTH
CLINIC, INC.

By: /s/ *James M. Sconzo*
     James M. Sconzo
     CARLTON FIELDS, P.A.P.C
     One State Street, Suite 1800
     Hartford, CT  06103-3102
     Telephone: (860) 392-5000
     Facsimile: (860) 392-5058
     E-mail: jsconzo@carltonfields.com
     Juris No. 420124

     Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November 2021, a copy of the foregoing was e-

filed and served via e-mail, upon the following counsel of record:

Matthew D. Paradisi
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel.: 860-296-3457
Fax: 860-296-0676
Email: mparadisi@cicchielloesq.com


                                        /s/ James M. Sconzo
                                        James M. Sconzo


127624290

State of Connecticut Judicial Branch
# Superior Court E-Filing



**Attorney/Firm: CARLTON FIELDS P.A.P.C. (420124)**        **E-Mail: harecf@cfdom.net**   Logout

<u>Hide Instructions</u>                    **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

Print This Page

Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | NNH-CV-21-6118767-S |
| **Case Name:** | LEZAMA, ALEJANDRO v. FAIRHAVEN COMMUNITY HEALTHY CLINIC, INC. |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Nov-10-2021 |
| **Motion/Pleading by:** | CARLTON FIELDS P.A.P.C. (420124) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| | |
| **Date and Time of Transaction:** | Wednesday, November 10, 2021 3:20:04 PM |

E-File Another Pleading/Motion/Other document on this Case

Return to Civil / Family Menu        Return to Case Detail

Copyright © 2021, State of Connecticut Judicial Branch